DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEEZY TOWING, TRANSPORT & RECOVERY, LLC,**
Appellant,

v.

**KYLE HORTON** and **BRITTNEY HORTON,**
Appellees.

No. 4D2025-2603

[February 5, 2026]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE-25-027754.

Elee Dammous and Jesus Santiago of DASA Law, Miami Lakes, for appellant.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***